```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KRISTOPHER KOLEA & JOHN KOLEA, JR. t/a K-WOOD, LP,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CNA INSURANCE COMPANIES d/b/a TRANSPORTATION INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action<br>No. 05-5407 (JBS)<br><br>**ORDER** |

This matter is before the Court on the Defendant's motion for partial summary judgment [Docket Item 10]; the Court has considered the submissions of the parties in support thereof and in opposition thereto; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**13th**__ day of **February**, **2008** hereby

ORDERED that Defendant's motion for partial summary judgment shall be, and hereby is, DENIED.

　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　United States District Judge